UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHALL V. MAURO,

        Plaintiff(s),

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
_____/

CASE NUMBER: 07-12095

HON. SEAN F. COX

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On December 21, 2007, Magistrate Judge Virginia Morgan submitted a Report and Recommendation **[Doc. 14]** recommending that the Court: (1) deny Defendant's Motion for Summary Judgment; and, (2) grant Plaintiff's Motion for Summary Judgment remanding the case for further proceedings. Because the Court did not receive objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b), the Court adopts the Magistrate Judge's Report and Recommendation. The Court, therefore: (1) **DENIES** Defendant's Motion for Summary Judgment; (2) **GRANTS** Plaintiff's Motion for Summary Judgment; and (3) **REMANDS** for further proceedings consistent with the Magistrate Judge's findings.

      **IT IS SO ORDERED.**

                            S/Sean F. Cox
                            Sean F. Cox
                            United States District Judge

Dated: February 20, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 20, 2008, by electronic and/or ordinary mail.

                            S/Jennifer Hernandez
                            Case Manager